**Opinion issued October 14, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00440-CR

———————————

**MARQUISE CHASITE KAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Case No. 1386346**

---

**MEMORANDUM OPINION**

Appellant, Marquise Chasite Kay, proceeding pro se, has filed a request to withdraw the appeal, stating that he does "not wish to further prosecute this appeal and request[ing] that the notice of appeal be withdrawn." The Court construes his

request as a motion to dismiss the appeal. Appellant has signed the motion. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.
Do not publish. TEX. R. APP. P. 47.2(b).